109.   Plaintiff received commercial e-mail advertisements sent by Defendants and/or their agents containing a reply address that was not and/or could not be functional because the return address was connected with an invalid domain name or non-working account. (*See, e.g.*, Exhibit 1.)

110.   On information and belief, Plaintiff received commercial e-mail advertisements sent by Defendant Azoogle, SubscriberBASE and/or its agents which intentionally misrepresented, deceived, or concealed a material fact known to Azoogle and/or its agents with the intention of depriving a person of property or legal rights or otherwise causing injury.

111.   On information and belief, Azoogle, SubscriberBASE and/or their agents sent e-mails containing fraudulent and intentionally deceptive information in the subject lines including, for example, stating that the e-mail recipient had won a "Free" gift such as a "Complementary Plasma TV" or "-Get a free Handbag- choose from top designers!" although in order potentially to receive any "free" item, the unknowing recipient had to sign up for multiple sponsoring offers, and incur costs and obligations. *See* Exhibits 5, 10. The subject lines were fraudulent and intentionally deceptive, and were designed, supplied, approved or condoned by Azoogle, SubscriberBASE and/or its agents to deceive or attempt to deceive the end recipient in order to cause the person to open the e-mail and undertake obligations or pay money in order to receive items specifically advertised as "free," a "gift" or "complimentary." The subject lines were fraudulent and intentionally deceptive, and were designed, supplied, approved or condoned by Azoogle, SubscriberBASE and/or its agents to cause the person to open the e-mail and undertake obligations or pay money in order to receive a benefit, but the benefit was different than the one advertised to induce the person.

112.   On information and belief, Defendants and/or their agents sent e-mails with subject lines that were also false because they contained characteristics that were designed to deceive and evade receiving ISP's spam filters and those of recipients. For example, subject lines included deliberate misspellings, e.g. "Low mortagge ratee approvall" in order

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1   to deceive the end recipient, the receiving ISP and/or their spam filters, and were likely to
2   mislead a recipient.

3       113.   E-mail with purposeful misspelling such as in ¶ 111 is sent as such for only one
4   purpose and that is to evade and deceive ISP and personal filters which key on certain
5   words in order to prevent unwanted e-mail – such as mortgage e-mail – from getting
6   through.

7       114.   Although the federal CAN-SPAM Act requires all commercial e-mail to have
8   an opt-out mechanism, neither it, nor California law, make it a requirement for end users to
9   opt-out.  To the contrary, major ISPs such as Microsoft, Earthlink, AT&T, Yahoo, Comcast,
10  Verizon, Charter, NetZero, and Qwest, warn against attempting to "opt out" of spam
11  because providing one's e-mail address to spammers often subjects the recipient to more e-
12  mail. (*See* Exhibit 12.)  Indeed, for example, some of the spam attributable to Ralsky
13  (Exhibit 5) was sent to e-mail addresses submitted to the opt-out links of other spam.
14  Hypertouch also warns its own users against attempting to "opt out" of spam they had not
15  requested in the first place.

16      115.   Attempting to use Azoogle's own opt-out mechanism directly to request that it
17  cease sending e-mail was ineffective and in fact subjected Plaintiff to new, additional spam
18  as Plaintiff's e-mail address was given to other spammers.  A unique e-mail address was
19  submitted to Azoogle's opt-out mechanism.  In just over two months, more than 1,000 new
20  spam were sent to that email address – an address never before nor since used anywhere
21  else.

22      116.   These e-mails have harmed and continue to harm Hypertouch by interfering
23  with Hypertouch's business operations, requiring the application of time, money and
24  technological resources to handle the spam.  Among the adverse affects to Hypertouch that
25  high spam loads have caused are decreased server response and crashes, higher bandwidth
26  utilization, forced upgrades of expensive hardware and software, frustration of subscribers,
27  loss of business good will, delay of email delivery and loss of staff time.  To the extent
28  Defendants' thousands of e-mails consume disk space, create multiple files per email in disk

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

structure, drain the processing power of Hypertouch's computer equipment, and stress Hypertouch's network infrastructure, those resources are not available to serve subscribers or perform other tasks.  Spam is Hypertouch's subscribers' number one complaint.

## FIRST CAUSE OF ACTION FOR VIOLATION OF
## CALIFORNIA BUSINESS & PROFESSIONS CODE § 17529.5

### (Against All Defendants)

117.   Plaintiff hereby repeats and re-alleges paragraphs 1 through 116 set forth above as if fully set forth herein.

118.   Under California Business & Professions Code § 17529.5(a), it is "unlawful for any person or entity to advertise in a commercial e-mail advertisement either sent from California or sent to a California electronic mail address" where that e-mail advertisement "contains or is accompanied by a third-party's domain name without the permission of the third party," "contains or is accompanied by falsified, misrepresented, or forged header information," or "has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message."

119.   Defendants and/or their agents sent and advertised in commercial e-mail advertisements sent from California and received by Hypertouch in California at e-mail addresses normally accessed from computers in the state.

120.   Between at least April 15, 2004 and the present, inclusive, Defendants and/or their agents advertised in, sent or caused to be sent at least 380,000 false and/or deceptive commercial e-mail advertisements to Plaintiff's servers in violation of California Business & Professions Code § 17529.5(a)(1), (2) and/or (3).

121.   E-mail advertisements for or received from Defendants and/or their agents contained or were accompanied by the fraudulent and false use of a third-party's domain name without the permission of the third party and violate, for the reasons stated herein, California Business & Professions Code § 17529.5(a)(1).

122.   E-mail advertisements for or received from Defendants and/or their agents contained and/or were accompanied by fraudulent, falsified, misrepresented, or forged header information and violate, for the reasons stated herein, California Business & Professions Code § 17529.5(a)(2).

123.   E-mail advertisements for or received from Defendants and/or their agents contained subject lines that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.  For the reasons stated herein, these e-mails violated California Business & Professions Code § 17529.5(a)(3).

124.   Defendants conspired with each other and with others to send the unlawful commercial e-mail advertisements.  Defendants agreed to send e-mail advertising and took actions to effect that result including but not limited to developing the e-mails, distributing for use in the e-mails content and specifications, determining the recipients, paying others for leads generated by the spam, contracting with each other to gain the benefit of the advertising, and overseeing the use of Defendants' registered properties and brands in connection with the spam.

125.   Each e-mail is a separate violation.

126.   Because of Defendants' repeated use of and contracting with spammers that generated complaints and violation of their own policies and procedures by failure to terminate known spammers, Defendants are liable for the full amount of statutory damages permissible.

127.   As a proximate result of the unlawful actions of Defendants and/or their agents, Plaintiff suffered damages and is entitled to damages under California Business & Professions Code § 17529.5(b)(1)(B) of $1,000 per e-mail, Hypertouch's actual damages, and its attorneys' fees.

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## SECOND CAUSE OF ACTION FOR VIOLATION OF

## CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200 *et seq.*

### (Against All Defendants)

128.   Plaintiff hereby repeats and re-alleges paragraphs 1 through 127 set forth above as if fully set forth herein.

129.   Defendants have engaged in unlawful, unfair or fraudulent business acts or practices and unfair, deceptive, untrue or misleading advertising and other acts prohibited by California Business & Professions Code §§ 17200 *et seq.*, California's Unfair Competition Law.

130.   Defendants' violation of California Business & Professions Code § 17529.5 is also independently actionable as a violation of California's Unfair Competition Law.

131.   Hypertouch is forced to pay monthly for a second additional broadband Internet connection in order to handle the increased spam load its servers are receiving, including the Defendants' spam, causing injury in fact and the loss of money, and as such Plaintiff may seek injunctive relief under California Business & Professions Code § 17204.

132.   Plaintiff is also entitled to restitution for the loss of business good will as a result of e-mails sent or caused to be sent by Defendants which purport to come from Plaintiff and which are false, misleading, fraudulent, harmful to others' computers, and vexatious.

133.   Hypertouch asserts a claim against Defendants for injunctive relief and restitution under the California Business & Professions Code §§ 17200 *et seq.*

## THIRD CAUSE OF ACTION

## TRESPASS TO CHATTELS

### (Against All Defendants)

134.   Hypertouch hereby repeats and re-alleges paragraphs 1 through 133 set forth above as if fully set forth herein.

135.   The computers, computer networks and computer services of Hypertouch are its personal property.

25

136.   Defendants and/or their agents intentionally sent the e-mails and intentionally caused or threatened to cause interference with and/or damage to Plaintiff's computer system or its rights in that property.

137.   Defendants and/or their agents fraudulently perpetrated their actions by sending e-mails with fraudulent and intentionally deceptive characteristics, which were designed, supplied, approved or condoned by Defendants and/or their agents to deceive or attempt to deceive the recipient in order to cause the person to open the e-mail and undertake obligations or pay money for a "free", "complimentary" or "gift" item, or to fraudulently induce a recipient to purchase an item which was not the advertised item, or in order to evade efforts filters designed to keep away the unwanted, unsolicited, and vexatious e-mails.

138.   As a result of these actions, Hypertouch has been damaged in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Hypertouch respectfully requests that this Court enter judgment against Defendants, including damages awarded jointly and severally in an amount to be proven but substantially in excess of this Court's subject matter jurisdiction, exclusive of interest and costs:

A.   Awarding Hypertouch damages, including statutory damages under California Business & Professions Code § 17529.5(b)(1)(B) of $1,000 per e-mail and Hypertouch's actual damages;

B.   Awarding Hypertouch its attorneys' fees and costs as provided under California Business & Professions Code § 17529.5(b)(1)(C);

C.   Awarding Hypertouch restitution for loss of money and loss of business good will as a result of Defendants' violation of California Business & Professions Code §§ 17200 *et seq.*;

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1    D.    Awarding Hypertouch damages for Defendants' intentional trespass on

2  Hypertouch's property;

3    E.    Damages for civil conspiracy for the unlawful sending of commercial e-mail

4  advertisements;

5    F.    Punitive damages against Defendant Azoogle and Defendant SubscriberBASE

6  under California Civil Code § 3294;

7    G.    Enjoining temporarily and permanently Defendants, their officers, agents,

8  representatives, servants, employees, attorneys, successors, assignees, and all others in

9  active concert or participation with Defendants, from advertising in, initiating, conspiring,

10  or assisting in the sending of false or misleading commercial e-mail to Plaintiff under

11  California Business & Professions Code §§ 17203, 17204 and the inherent equitable powers

12  of this court; and

13    H.    Awarding such other relief as this Court considers just and proper.

14

15  Dated:  July 3, 2008

16                                 Respectfully submitted,
                                   STEPTOE & JOHNSON LLP
17

18

19  By:
    Lawrence P. Riff
20  Lynn R. Levitan
    STEPTOE & JOHNSON LLP
21  633 W. 5th St., Suite 700
    Los Angeles, CA  90071
22  Tel: (213) 439-9400
    Fax: (213) 439-9599
23
                                   Attorneys for Plaintiff HYPERTOUCH, INC.
24

25

26

27

28

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1

## JURY DEMAND

2      Plaintiff Hypertouch demands a trial by jury.

3

4                          STEPTOE & JOHNSON LLP

5

6      By
       Lawrence P. Riff
7      Lynn R. Levitan
       STEPTOE & JOHNSON LLP
8      633 W. 5th St., Suite 700
       Los Angeles, CA 90071
9      Tel: (213) 439-9400
       Fax: (213) 439-9599
10
       Attorneys for Plaintiff HYPERTOUCH, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

# EXHIBIT 1

Return-Path: <jgkugp@barksdale.af.mil>
Received: from [69.33.227.200] (HELO altmail.hasit.com)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.3.6)
  with SMTP id 59666766 for [DELETED]; Mon, 24 Oct 2005 17:44:46 -0700
Received: from [222.132.172.2] (HELO 69.33.227.200)
  by altmail.hasit.com (Stalker SMTP Server 1.8b9d14)
  with SMTP id S.0035747958; Mon, 24 Oct 2005 17:44:45 -0700
Received: with ECARTIS (v1.0.0; gutenberg magnanimous-xfs); Mon, 24 Oct 2005 22:40:32 -0300
Received: from postoffice6.mail.cornell.edu (minerva.palate.cornell.edu [drab.1])
  by oss.sgi.com (8.13.0/8.13.0) with ESMTP id jrepairmanIWZC0atom
  for <jgkugp@barksdale.af.mil>; Tue, 25 Oct 2005 05:38:32 +0400
Message-ID: <eyelash9.jgkugp@barksdale.af.mil>
Return-Path: <caveman-milord@nic.blew.fi>
X-Envelope-To: <"/home/httpd/zmailer/html/mhalist/input.sh"> (uid 0)
X-Orcpt: rfc822;zmailer-log
Date: Mon, 24 Oct 2005 19:44:32 -0600
Message-ID: <200301011.9jgkugp@barksdale.af.mil>
From: "Alfonso Copeland" <jgkugp@barksdale.af.mil>
To: [DELETED]
Subject: Extending Home Loans for the USA!

HI,

I sent you an email last week and need to confirm everything now.
Please read the info below and let me know if you have any questions.
We are accepting your mortgage refinance application.  If you have poor credit,
it is ok.  You can get a refinance loan for a rock-bottom payment.
Approval process will take one minute.  Just visit the link below and
fill in the short form.

http://www.b3mort.net

Best Regards,

Alfonso Copeland
Financial Officer


-----------------------------------------------------
No more:

www.b3mort.net/book.php

EXHIBIT 1 PAGE 18

EXHIBIT 1 PAGE 29

# EXHIBIT 2

```
Return-Path: <>
Received: from [69.33.227.203] (HELO mail.hasit.com)
   by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.3.6)
   with SMTP id 59758870 for [DELETED]; Tue, 25 Oct 2005 10:13:06 -0700
Received: from mail.theunixhostingpeople.com ([216.109.76.4] verified)
   by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
   with SMTP id S.0017032595 for <[DELETED]>; Tue, 25 Oct 2005 10:13:05 -0700
Received: (qmail 5347 invoked for bounce); 25 Oct 2005 20:32:39 -0000
Date: 25 Oct 2005 20:32:39 -0000
From: MAILER-DAEMON@mail.theunixhostingpeople.com
To: [DELETED]@hypertouch.com
Subject: failure notice
Message-Id: <S.0017032596@mail.hasit.com>


Hi. This is the qmail-send program at mail.theunixhostingpeople.com.
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<webmaster@idsa-india.org>:
Sorry, no mailbox here by that name. vpopmail (#5.1.1)

--- Below this line is a copy of the message.

Return-Path: <[DELETED]@hypertouch.com>
Received: (qmail 5341 invoked from network); 25 Oct 2005 20:32:36 -0000
Received: from unknown (HELO 216.109.76.4) (61.250.99.225)
   by mail.theunixhostingpeople.com with SMTP; 25 Oct 2005 20:32:36 -0000
Received: (from tomcat@localhost)
         by 61.250.99.225 (8.12.8/8.12.8/Submit) id j6CHmn0V312363
         for webmaster@idsa-india.org; Tue, 25 Oct 2005 12:09:11 -0600
Message-ID: <044c194d.0956048@216.109.76.4>
Date: Tue, 25 Oct 2005 12:09:11 -0600
From: "Cathleen Malone" <[DELETED]@hypertouch.com>
X-Mailer: MIME-tools 5.494 (Entity 5.747)
MIME-Version: 1.0
To: webmaster@idsa-india.org
X-Spam-Score:   (-2.121) BAYES_00
X-Scanned-By: MIMEDefang 2.52 on 61.250.99.225
X-Scanned-By: SpamAssassin 3.158278, File::Scan 0.27, Archive::Zip 1.04
X-Recipient: <webmaster@idsa-india.org>
Subject: Low mortgage ratee approval1
Content-Type: multipart/related;
  boundary="------------AttPart_18827438==.OLA"

This is a multi-part message in MIME format.
--------------AttPart_18827438==.OLA
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit
```

```
Hello,
We tried contacting you awhile ago about your low interest
mortgage rate. You have been selected for our lowest rate
in years...
You could get over $420,000 for as little as $400 a month!
Bad credit, Bankrupcy? Doesn't matter, low rates are fixed no
matter what!

GET A FREE, NO CONSULTATION QUOTE IN MINUTES!

Best Regards,
```

it's bernini on bluebush may truant not expound or hitachi it aggressive a snakeroot or vincent but woo it
handymen some excretion but dadaism ! people or twill Or maybe not

From ???@??? Tue Oct 25 14:41:12 2005
Return-Path: <>
Received: from [69.33.227.203] (HELO mail.hasit.com)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.3.6)
  with SMTP id 59758870 for [DELETED]; Tue, 25 Oct 2005 10:13:06 -0700
Received: from mail.theunixhostingpeople.com ([216.109.76.4] verified)
  by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
  with SMTP id S.0017032595 for <[DELETED]>; Tue, 25 Oct 2005 10:13:05 -0700
Received: (qmail 5347 invoked for bounce); 25 Oct 2005 20:32:39 -0000
Date: 25 Oct 2005 20:32:39 -0000
From: MAILER-DAEMON@mail.theunixhostingpeople.com
To: [DELETED]@hypertouch.com
Subject: failure notice
Message-Id: <S.0017032596@mail.hasit.com>

Hi. This is the qmail-send program at mail.theunixhostingpeople.com.
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<webmaster@idsa-india.org>:
Sorry, no mailbox here by that name. vpopmail (#5.1.1)

— Below this line is a copy of the message.

Return-Path: <[DELETED]@hypertouch.com>
Received: (qmail 5341 invoked from network); 25 Oct 2005 20:32:36 -0000
Received: from unknown (HELO 216.109.76.4) (61.250.99.225)
  by mail.theunixhostingpeople.com with SMTP; 25 Oct 2005 20:32:36 -0000
Received: (from tomcat@localhost)
        by 61.250.99.225 (8.12.8/8.12.8/Submit) id j6CHmn0V312363
        for webmaster@idsa-india.org; Tue, 25 Oct 2005 12:09:11 -0600
Message-ID: <044c194d.0956048@216.109.76.4>
Date: Tue, 25 Oct 2005 12:09:11 -0600
From: "Cathleen Malone" <[DELETED]@hypertouch.com>
X-Mailer: MIME-tools 5.494 (Entity 5.747)
MIME-Version: 1.0
To: webmaster@idsa-india.org
X-Spam-Score:  (-2.121) BAYES_00
X-Scanned-By: MIMEDefang 2.52 on 61.250.99.225
X-Scanned-By: SpamAssassin 3.158278, File::Scan 0.27, Archive::Zip 1.04
X-Recipient: <webmaster@idsa-india.org>
Subject: Low mortgage ratee approvall
Content-Type: multipart/related;
  boundary="------------AttPart_18827438==.OLA"

This is a multi-part message in MIME format.
--------------AttPart_18827438==.OLA
Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: 7bit

<!DOCTYPE html PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<html>
<head>
  <meta content="text/html;charset=ISO-8859-1" http-equiv="Content-Type">
</head>
<body bgcolor="#ffffff" text="#000000">
<a href="http://www.b3mort.com"><img alt=""
src="cid:1.0.0.41.0.16953734005409.53744449@brook.msn.com.5"></a><br>
it's bernini on bluebush may truant not expound
or hitachi it aggressive a snakeroot or vincent
but woo it handymen some excretion but dadaism
! people or twill Or maybe <a
  href="http://www.b3mort.com">not</a><br>

Page 1

EXHIBIT 2 PAGE 31

```
<br>
</body>
</html>

----------AttPart_18827438==.OLA
Content-Type: image/gif;
 name="clockwatcher.9.gif"
Content-Transfer-Encoding: base64
Content-ID: <1.0.0.41.0.16953734005409.53744449@brook.msn.com.5>
Content-Disposition: inline;
 filename="clockwatcher.9.gif"
```

R0lGODIh5gHOALMAAP/////MzP+Zmf9mZv8zM/8AAMzM/8zMzMyZ/5mZ/5mZmZlmzGYzzDMz
MzMAzAAAACH5BAAAAAAALAAAAADmAc4AAAT/EMhJq7046827/2AojmRpnmiqrmzrvnAsz3Rt
33iu73zv/8CgcEgsGo/IpHLJbDqf0Kh0Sq2CDo+slvs4ZLaPCthKLpvP6BPWu95sLe+0fE6v
T9ttTZyyt/v/gIE4eF0AWFyFEn2KYRMNiA2CkpOUlRiHXAd5homLAHsNkY6ilqWmp2IEmoiZ
jHCNAKEUsqI1trdMqptisBOgpLHAuMPExTm6iZxen72uErTPwsbT1NVqXGBdmFle2VmMiM+C
s9LW5ufoO9Dp7O3u7/Dx8vP09fb3+Pn6+/z9/v8AAAwocSLCgwYMIE02DKtzGug1apOyqMubC
okfihmCcE5GFJz+q/0R8VPFAgYyHIUr+GYkBZRGXlFQWkakDZouJLEKGYImC5gubHXzS4WkB
aBCjHlQGUWoDaQqcK0JuS/aKl7gHobBeBcbKJlCuGaZ2Y8Ws5LerWtGSAvsVmwRMyw6BWebt
bNEsWbU+4hlpYscL29hgy7SlYtlmwWaNy4Dl61RtrBpWtbsXL1qtfrnU2DjuYW92yoPdmzUjB
Z9eFrSxaBWe4MqnKmLV0BCuWU+qbZresagjVmeJI0KCZLjyBqblJWPq8GfMrg6zhEpRuOrR7
D09astY992q8gtRCzHl5Cg7Mack8a6ZTxRCHvPa+3L1+lc9Z8AHlYeKA0ks6uvzhOn0h3v83
zY1CTnQq5Vaabsg0V0ttTuUHGynp8lOaScBM5S598I6+HHjG8PwQYfBtllo4p1iB2Y2Hvzbcgh
lolVBl4jHlYQ3lSknZZlelZSCM5q7pU3YosuanDigB8mmZgHNAEYoWSqVQhleTgW2ZaO3FDw
lArJmbXbB+OVlxo9RRo3kYf6wcJiNERaUCJvDnaB4gahYCckkWbuGKeMY/mmplFsBvWfAuhB
BieUvrX3Wp0HajZoB1326Ut+NKrZXwVN0nfek24gqeSabmpKppZZHhdDpKam+sqnYq4laqYc
wolmpQZmt2ibeJpEk3r2HWZXS4wuyWaCecaJ4NJ1qiisMwuWJz/SWLxGqUzQTaqK6zdccL¿
rKAFKuizzqLaqZSsmgnrsP1aN+WJYhbmx5niejIYmxl+Glrn2WTzbyv8fXcZsXJFG1nVBHF
rLwlgjHqW43tOaNsBJIVy2llkzgYfYTAKOBgsKVVMcT/ZctwQ5+xhtdijAHMlrjskaXvahP3
y9eV/9EWWYM+JtSCwU7Zwe4RP+ss9KQwt5QWJYFFQd3QTDfI9NNQRy311FRXbfXVWGet9dZc
d+31PQQvDIJhp5ZKxF8zbASRyECgjZDBQcAdU3wpyH0NokuJzYHd3pKo90x/q8A3k4E/MTgP
h0NENwqJixC0Dmy3HIJRkedNQ+MaVC4D/2rGwvhypTB3DNzMCG7GlgWoPWyXN/OSnpKGA0ul
NyOtkS8aaDR3V1tt+UJMJ70AF7n7zazz/GC/KFwSPpVk5+0rp8xNjpXbmmjaWuoT4Sly80dKn
pbxbtt02Q5e6SRuen+QVNWSL0L345aTwA9o34SrxGmB5VfwZqJ7piF6rerJRyjpDaRyReqetP
+Ekf9ZwFLupAhVuf4o/iwPUsZMjKU3LbyENgNblGzQ43lDlfYvqgQHlhy16xqlA40FclEQhM
XffjBbUoJop/nc47enoM81xGK+dYpnTKc8yEuuAj/ODoVguk4lbYBcECfcltKmwrhEO9TlPwJ
EFNBxNnNaEA+Q/950IokvFX6sFW4LyYKFmFMwQsPFUNyvUGBwaBF5fzXoRSIqQMb6c4acYg3
ZcmPcqIKV//P8tJweNiuJ/Ovi+1SDxhRdYB0cbNPjQOglEa6qPeNQlFgliLpkzMkVbzzX6zo4
Mh41745wrJMoOEkqY/0PSXcEFjkluMeRHbCQCJSe/PzGwCUOMpcfas2legkdVL3SjQHUACQf
taFNHYqLspmLWEpGtEfW0F/C0EzwcKgxX6FlTcgzT0feJRezqXCH0ZMeEoGYp5vxjocQc2Q6
vaeyzQyvm91y3mWO5ibw5Y5QW2zZCssChopZDHwr8xLDNEbNfD4SZQ0LmRDxSYaeae7/axil
h2vW5raMevSJlA2pSEdK0pKa9KPvPh67j50CgPiu+D20A1iNZiNaDDRK4exuh86PWALbVsHgp
7F0Ri5e6ML4vgTEA4t7OOAMYbi54dVzczbpXxLPNbZBtS10D13i7QB7ydG+8Aus+N8WavewA
YKve2OI4yjKOcgB822AAgNi5mM2AeaM8gOfLebVRFvCBsfxjzNZbublKL3FBS9r+bvi55y3t
eVec5Pl6WMQxJrKM9dtczUIXzE829P+ZMWDm0yrYhrl8XKVq2UJgHnhHJcayai3QaAk8u8Pr
di12dUtbCwfay6Q9coENLWZFO5r5NsHWubB8l2LGbiEoFIM8vZXau3ygR475ZBDdxf2zeez
xs5vfv87Yw9HWMKcfu6vE53eaZeZtfPONZqnrN73IpVz2P072go8N7fl5dwK7zjO6n4xm17LY
z+4G9KAHLGhf9ffOz753rNebAWP72MfdJJyZ4dcd028Y27vVW935J62tr99va7Q24milw730Pa
mtTzNvKOD/xr/VXxaz7yOeLhxmO4D5D5jvbQV6wwXPcguzeWbWhWm5rfFsb6nMN5sGM7
6kgzmeVaV7WBg77oaJN57Asu06Ml7mANm1rjGkB0z9GL5ykXfdybxS6Q7j1fSTN5BRzm8Muv
vmTlGh7nNN+5zIEd9p8HXXGtu27W7bsolbGg994XLvmgW37qVB86pWAUb1on7U9Om9pqmT
L9Bwfm03zUxX8sCFm/aerx3zvy207c97e9xa/c+uRRXOi5zq0Tb41LVvO4uNy7Cuz7yLkI8
umMOeIFj/+K4Tm6Xnc3zafot9+3+3pq3+3T/vyHv0tJm2oeOOs
oH1+J2rhZnaOd2PiR2DdBXsA6HOOl2fcR4dzRXxLVWYb9wmB9AdnfN13+TF22fN4ATOH3IR3Uv
dn3r3YBfQNj9mpRdl11j2J2u0uhil+X7h52bBwXdXBYYoj62/shWVWTN3YvTSlWFiN4OyxPWxpwZoOxvV8U
```

EXHIBIT 2 PAGE 32

kIJ3RmYbVoG/xWJwZ4FECGRTmHuX5ml692mzt2aKFmxBuGSVpnwVBmk3OH9etoJotoK59mie
hXQ/CIRvOGBCVoVYiFIWd2mqZl6f91xuqGBgJmokB3dghnHaFl7q9YSZV1mHelhzZ2yK6liP
eHurFXr0B4kawGGh91u3V4i3F3w1l4SUGHq5F4Jq5omTaP+KnfiEgQeKjPil8NWJr2WJoniK
rfhwixgAnViLnEaJF2lJvchxCceLmagBmYdiuQh2l4iMNWdnvQhfvuhdswiNo3alx4iLwYeK
jJiKv/aJ52BmqlcKckdZWpOl4ll05niO6JIO6riO7NiO7vIO9/AYdAUONfAXL6VMrDBMWDRW
P/FDB9VRLtAzVgCQxDA9ThUCS4MbrrQ3fMUC2XKPf6SPvVQTNdQfjpl2wiCQHrBXN+BWK6CR
PQCSHwCRcZVDDGkDD/ILV/RVEwQEQBFJP5GREjmSddSR/MgClqkOM4mQKuk4OZQ0+uRDM3M7
9lRQ9nQbQAkC6eNTlAMuWpA6qyD/O3UBOlZBlPxOSMQEUBrzTuGgML/yUP6YPNG0UKUClNvz
GUS5k70kVwzBSMyjFq1zNPWyTdyUJZ9jPHzlUz8VMDukla3wLlVRO65DKhSlDJ9kTSqiQY/w
KsykKiQ5T9lgRwlCN7vCDTzSKyjilfuzLLzkH+rSlwBkRTaijxFCJv4jO/EzQ8Chli5iP3FC
V+ezLMu0lKwEGJ0QMX6kPskTSPNhQAspUEklSmZkSoTRSCupm3wZUUq0C4+5lPSyOApiRh3U
BpmZlpvJkpgyKJ85IVT0K7F0nNSjIORUk0QjMTnJQK7JJ/BilygDSfaCVbbZTUYkMbIUKlhU
P1NkkkgV/0qcSUprkEOHiZwCiitllh/M2ZOIGQ2aBJ1oc6CY2UgjoUqjmRTaeSindBbfWZ+K
kxunqSrAlKAlUEvKoEjrGZG7lC0E2aG5SSflIBRuoVf6OS38uUv+SUSuFKATCiiz+SyR5KD3
WC2BcpHsY6BUYUqSwgw1lqEuFB++2SBN1JC2Ep6F0aGXCUrJRC2smZ2kdBwsg1TespTrMx+1
aSp54EfX0aK86UweFKOrEpz9KY/h4yVTKZSW8TH1ZD0BIZB+Apa2c1fxBFRtURdwwjzduRoN
hRKUAzD3lD1dSTC/Y5ERsimD0TmSYRhoiTxYeZ8RMZ7l4paUgU38kpzaBJ+EGf9N9NlQd+GP
m/Sniyo+5bkvBrUSDRk3s9qf+nCe8FgH+8lBBpmrvvqrwBqswjqsxFqsxnqsyJqsT6WnJABY
yjo0nuCskIKgHyGtz5oQ0Vqrd+MB1aqt1woQnEOWtwkz2yMvaZkyfdklepla27On35oQJNpK
7ppGOlpBnYmfR2VG3fquTEOi75KtlpGP2Jmd4vmacXqb08KvOqNlKjpCvQAT5lEj0PKaDZuw
CosQDKufuGSlajWwBCtE66KxV3qxQ1NO0lQwdPGVglmnmLqb+DpX24AshGWtJFuzNnuzOJuz
OruzPNuzPvuzQBu0Qju0RFu0Rnu0SJu0Sru0TNu0Tvv/tFAbtVl7fVRbfVZ7tVibtVq7tVzb
tV67WAbgAGLrAAsQtmN7tmgrtgrnQAQsgtgagAW2btmnLAADAAHNrt2hLtx6QAGrLt2oLAH7r
AGsLt2f7tgAQtw7wtnZLt3jLuGfruA7AAHibtgsAAGaLtpXrt4MbuGebAJwruBKAuG8btwY¢
uhnQuBLQuKh7uZV7uY8rt5V7AZ+bAKRruhZAuofrtpMbuXXLu7srtpP7u8ALu7M7AXw7uP8Q
tgzguXy7AHy7vJ47tgvQttMLuhhgAHZruNdrt8zLvZLbvQyAAN/ruZIrvtCbAJL7AaUru0tb
ts1Lu9Z7AW3bvYk7v+ibuOYL/wDma77Mi77hW777G73L+7bK+7zNa7nzKwHHS73zawDw67yj
K7j3awDYm7gVjLwWML7pu7/7W8DNW8CR+74hHL2xawEOTL0JQMHZe8Hbm75u7Y7Yl4L8JgAD6
u8HI+7wOHLkgvLxka8DRK7bO67kJDLjx2w/Kq70pHLYlnMJMzL4pTLjaiwFta7gOXLd6a8VY
LAEIQMPpq8U0/AGae7wfjMBFPAFDbLnwO7gVXMGMG28YUsMVZ3MVKTAFJTLaAa7jHKwEOnMNM
jMfWO08RrXLsufAHlq8Xp28WSe8QK3MMUbMd1vMRRbAF5HLpuO8Vso07yDnMWp67t0O8dz/Mh¿
PMcKPP/JaOzHGMwPokwBSpzKRHzK8hu5mfzK62u4XYzFh3zFtywCYSzB8UvKFGDJv5zJU7y4
tnzFFIDlesvKemzHxgvLGOzLrUzJ2jvFghzJE1DLxZy6DJDKoszNZKvMshu/1XzJsJzJ2EzM
6evJzGy567zKjzGzezK+gDOrlvC0bwBbZu9hDu2fY+4XDy2uAzQugzL3EvK0CzNFQD0mUuYu9
ktvQNfy4zhzR7GzPy2zPz1vE0DzJCk3NBB3Lx2zMuWzF3hy73iy9HEDK+QzL1mzGHa2959zQ
6WzHlz0B9UzGnRvPAKHOQAzCFg3PCc2++izFghvU31vlVuy/17y82Ly3ghv/t9GLvAe90D89
zYIbvsSsv/0b0nK8zjS9zh98xhn9x8Jcvw4gvm6LAS8dx9vczszszTxM0eGMvG1r1h4dzltr
ziD9v7yrziXs1geMxsw7xFGdD6JMwp8cxYPN0oV7yRSMvCGNxXAc0ZENArmLct73s0wqN0NJ8
yLybwW6cxfTs1WgL1WWs0WM9y7hLyHmt1jM90V2duStdAShN1nXN0jGs0GlNzHz92rz9xJJs
vYmND3/tziTNzMH9whPM2BVgw3pby4+91BtwvOubwgk8xiYc1MPswgnM3JqczaAt020t2s4L
1qVtvWv8wgt93heQv1bMxc1NtwesyK5c0fSdAbO/t/8K1jdC4vdr5u9v1Pd+XS9pq7NsAwbir
TblE/LdCjcm1jbiDjLqLK7ySO7f/Hc6Wvbbru9MZUMFji+GTu7YQTrd0Dbw0TNfh67omzboJ
Xs6gG7ibO9qW++G5W8n5/dCR+8Um/sWBu83LDMTsjOAW3uGim9nBzOAcDry9y8mLDLxUnOJy
ywAO/s2LLM/80L9v27/MS8BZvuFZzrzX278TEMMzjhVbjOUzLOb9S8P8y/eWe29hUvOUua4MBe
rsdzLuYljuNpHuaeq+NmjsdtDthM/Ody7tuD/ueATueei8BiY1Yc1MPswgnM3JqczaAt020t2s4L
7OVVzOaBDsN57uiTDeeR7v/nWN7YYVk7TiL5Ypz4QMVzmXjV1rs40MB3srsj7rftF7Trn7ruJ7r
ur7rvN7rvv/rwB7swj7sxF7sxm7rcP3sqyr7szN7sjo7i7fP1711F/71n7t2J712rf7t3N7t
3v7t4B7u4j7u5F7u5n7u6A60cNqPLesCbJXuSsOmHQA3cBQDNAwvO9ChYFKr9Qd4D947vx/CT
xKM9A6WhNjQbyxMnEDMWK4SqAG8EA3NByiRH45AujVmjkDEnK/rwQ0BH3LmrqalMq8IOY+lL
3bQJnwTyHl8EdPRBlsrvl0+gbaKmZOpJxqICK8/yOQSaGDSyyLkdzqljv4nyxrnxOe8DcMqV
RfPV7gE7On1Bly0Ss0QknxMSlB579LfgkUqZpVgfCFDf9WAf9ml/9mRf9mnZ7bul+YIP14KQSJ
9mbwmFtPoSbw726fEwhqAkih9SFf9x2/royKob7DopJ5LdxxlDAClb7C90QQIlLuQJj6vPmGV
Kzz6TA40axvfBBKTGSWToT+/Stj1EHzpoXR/+SPwHVCS8obEp97PlHBvm6fvraQPA6bvpDfP
+TkqR4RfoGfKJLMZ+zWAU+KqOpGKTmCZ3rRtPFM5sYcfUA7l+8ORdyAf/dl//dRf/dZPUhEA
ADs=
--------------AttPart_18827438==.OLA--

Page 3

EXHIBIT 2 PAGE 33

# EXHIBIT 3

Nona Leach, 10:30 AM 1/14/2005, Application approval #%RNDUCCHAR16L%RNDDIGIT916

Return-Path: <kajqkalb@yahoo.com>
Received: from [220.173.17.115] (HELO 69.33.227.203)
 by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
 with SMTP id S.0016999843; Mon, 24 Oct 2005 23:49:02 -0700
Received: by bhost.mistus.net (mIFix, from userid 226)
 id 8AE77704E7; Fri, 14 Jan 2005 21:29:56 +0100
Date: Fri, 14 Jan 2005 14:30:56 -0600
Message-ID: <4291692454.16743@dyn-htl-19270.dyn.columbia.edu>
From: "Nona Leach" <kajqkalb@yahoo.com>
To: [DELETED]
Cc: [DELETED]
Subject: Application approval #%RNDUCCHAR16L%RNDDIGIT916

Hello,

We tried contacting you awhile ago about your low interest morta(ge rate.

You have been selected for our lowest rate in years...

You could get over $460,000 for as little as $350 a month!

Ba(d credit, Bank*ruptcy? Doesn't matter, low rates are fixed no matter what!


To get a free, no obli,gation consultation click below:

http://www.wumort.net


Best Regards,

Morgan Vick

to be remov(ed:   http://www.wumort.net/book

EXHIBIT 3 PAGE 34

# EXHIBIT 4

Geneva, 12/4/2006, quality funding for the usa!

Return-Path: <[DELETED]>
Received: from mail.hasit.com ([75.16.30.108] verified)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 5.1c.2)
  with SMTP id 128084206 for [DELETED]; Sat, 18 Nov 2006 09:53:52 -0800
Received: from mail.reasonabledoubt.com ([75.16.30.107] verified)
  by mail.hasit.com (Stalker SMTP Server 1.8b9d14)
  with ESMTP id S.0051552613 for <[DELETED]>; Sat, 18 Nov 2006 09:53:51 -0800
Received: from a147181.upc-a.chello.nl ([62.163.147.181] verified)
  by mail.reasonabledoubt.com (CommuniGate Pro SMTP 5.1c.2)
  with SMTP id 128042393 for [DELETED]; Sat, 18 Nov 2006 04:00:25 -0800
Return-path: <[DELETED]@hypertouch.com>
X-Original-To: [DELETED]
Delivered-To: [DELETED]
Received: from [62.163.147.181] (port=34747 helo=a147181.upc-a.chello.nl)
       by mail2.hypertouch.com with esmtp
       id 187604-187604-27
       for [DELETED]; Tue, 05 Dec 2006 05:03:25 +0100 (EET)
Message-ID: <532601c7182a$01c7182a$b593a33e@hypertouch.com>
From: "Geneva" <[DELETED]@hypertouch.com>
To: "Wilda" <[DELETED]>
Subject: quality funding for the usa!
Date: Tue, 05 Dec 2006 05:03:25 +0100 (EET)
MIME-Version: 1.0
Content-Type: multipart/alternative;
       boundary="----=_NextPart_001_5325_01C71822.4FE634B0"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2900.2180
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180


Hello,
Hello H0me 0wners.......G00d News....!! Lowest M o r t a g a g e R a t e s in decades.
There is no obligation and this is a FREE quote! Debt Consolidation . Home Improvement. Refinancing .
Second Mortgage . Equity Line of Credit, First Purchase.
It does NOT cost anything, just fill up a online form - we request you to take just 2 minutes off your
valuable time for lowering you.
look: http://formsfresh.com

...
Have a good holidays!

EXHIBIT 4 PAGE 35

# EXHIBIT 5

```
Return-Path: <moreomega@pufynet.info>
Received: from [204.13.20.2] (HELO mailpool.jriad.info)
    by mail.reasonabledoubt.com (CommuniGate Pro SMTP 4.2)
    with ESMTP id 30594386 for [DELETED]; Sat, 16 Apr 2005 10:12:35 -0700
message-id: <021d01c542a7$f946b720$4c6321fd@KGLSNYV>
From: "moreomega" <moreomega@pufynet.info>
To: <[DELETED]>
Subject: Claim your Complimentary 42" Brand Name Plasma Tv- $2300 Value
Date: Sat, 16 Apr 2005 10:16:05 -0800
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----2876956904961141"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1437
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1441
```

EXHIBIT 5 PAGE 36