IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERTOUCH, INC., | No. C-08-4970 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT SUBSCRIBERBASE INC. TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |
| v. | |
| AZOOGLE.COM, INC., et al., | |
| Defendants / | |

On December 18, 2008, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant SubscriberBase Inc. to submit, no later than January 2, 2009, a chambers copy of the Notice of Removal, filed September 3, 2008 in the Central District of California.

**IT IS SO ORDERED.**

Dated: December 23, 2008

MAXINE M. CHESNEY
United States District Judge