IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERTOUCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AZOOGLE.COM, INC., et al., <br><br> Defendants / | No. C-08-4970 MMC <br><br> **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF DOCUMENTS PREVIOUSLY FILED IN CONNECTION WITH DEFENDANT AZOOGLE.COM., INC.'S MOTION TO DISMISS, FOR A MORE DEFINITE STATEMENT, AND TO STRIKE** |

On September 10, 2008, while the instant action was pending in the Central District of California, defendant Azoogle.com, Inc. ("Azoogle.com") filed its "Motion to Dismiss, for a More Definite Statement, and to Strike Pursuant to Fed. R. Civ. P 12(B)(6), 12(E), and 12(F)" ("Motion"). Thereafter, in the Central District, defendants Quicken Loans, Inc. ("Quicken Loans") and SubscriberBASE, Inc. ("SubscriberBASE") filed separate notices of joinder in the Motion, plaintiff Hypertouch, Inc. ("Hypertouch") filed opposition to the Motion, Azoogle.com filed a reply to the opposition, and Quicken Loans filed a notice of joinder in Azoogle.com's reply. On October 21, 2008, the Central District of California transferred the instant action to this District, and denied as moot Azoogle.com's Motion.

On December 18, 2008, the matter was reassigned to the undersigned, and on January 21, 2009, Azoogle.com renoticed its previously-filed Motion for hearing on March 6, 2009. Because the Motion has been fully briefed, no party shall refile any document

previously-filed in connection therewith, and no party shall file, without leave of court, any additional document in connection therewith.  <u>See</u> Civil L.R. 7-3(d).  Each party is hereby DIRECTED, however, to provide the Court, no later than February 6, 2009, a chambers copy of each document previously filed in support or in opposition to the Motion, as follows:

    1. Azoogle is DIRECTED to provide chambers copies of its Memorandum of Points and Authorities [Docket # 40], Declaration of Henry M. Burgoyne, III [Docket #41], and Reply [Docket #58].[1]

    2. Quicken Loans is DIRECTED to provide a chambers copy of each of its Notices of Joinder [Docket # 42 and Docket # 60].

    3. SubscriberBASE is DIRECTED to provide a chambers copy of its Notice of Joinder [Docket # 43].

    4. Hypertouch is DIRECTED to provide a chambers copies of its Response to Defendants' Motion, Declaration of Jennie L. Kneedler, and Objections to Request for Judicial Notice [Docket # 56].

**IT IS SO ORDERED.**

Dated:  January 22, 2009

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Azoogle has previously provided the Court with chambers copies of its Notice of Motion, each of its two Requests for Judicial Notice, and its Statement of Recent Decision.

2