ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HYPERTOUCH, INC.

Plaintiff(s),

v.

AZOOGLE.COM, INC., et al.

Defendant(s).

CASE NO. C-08-4970 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jennie L. Kneedler, an active member in good standing of the bar of (please see attached) whose business address and telephone number ~~(particular court to which applicant is admitted)~~ is, STEPTOE & JOHNSON LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036, (202) 429-8124 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff HYPERTOUCH, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 30, 2009

United States District Judge
MAXINE M. CHESNEY

American LegalNet, Inc.
www.FormsWorkflow.com

Jennie L. Kneedler

U.S.D.C. Northern District of California – (Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice*

I am a member in good standing and eligible to practice before the following courts:

U.S. District Court for the District of Maryland (Bar No. 28617) – March 14, 2008

District of Columbia – October 13, 2006

State of New York – September 27, 2005