ORIGINAL

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HYPERTOUCH, INC.

               Plaintiff(s),

v.

AZOOGLE.COM, INC., et al.

               Defendant(s).

CASE NO. C-08-4970 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Thomas M. Barba, an active member in good standing of the bar of (please see attached) whose business address and telephone number ~~(particular court to which applicant is admitted)~~ is, STEPTOE & JOHNSON LLP, 1330 Connecticut Avenue, N.W., Washington, D.C. 20036, (202) 429-8127 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff HYPERTOUCH, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 30, 2009

                                                     _____
                                                     United States District Judge
                                                     MAXINE M. CHESNEY

American LegalNet, Inc.
www.FormsWorkflow.com

Thomas M. Barba

U.S.D.C. Northern District of California – (Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice*

I am a member in good standing and eligible to practice before the following courts:

U.S. Supreme Court – August 22, 2005

U.S. Court of Appeals
    3rd Circuit – June 22, 1981
    4th Circuit – April 28, 2003
    10th Circuit – May 12, 1994

U.S. Court of Appeals D.C. Circuit – August 15, 1997

U.S. Court of Federal Claims – 1981

U.S.D.C. Eastern District of Pennsylvania – October 22, 1979 (50037)

U.S.D.C. District of Columbia – January 4, 1993 (414230)

U.S.D.C. Northern District of Georgia – August 3, 2001