IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPERTOUCH, INC., | No. C-08-4970 MMC |
| Plaintiff, | **ORDER VACATING MARCH 6, 2009 HEARING** |
| v. | |
| AZOOGLE.COM, INC., et al., | |
| Defendants / | |

Before the Court is defendant Azoogle.com, Inc's "Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike Pursuant to Fed. R. Civ. P. 12(b)(6), 12(e, and 12(f)," filed September 10, 2008 in the Central District of California. The motion was fully briefed during the period in which the above-titled action was pending in the Central District. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for March 6, 2009.

**IT IS SO ORDERED.**

Dated: February 27, 2009

_____
MAXINE M. CHESNEY
United States District Judge