IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYPERTOUCH, INC.,

        Plaintiff,

v.

AZOOGLE.COM, INC., et al.,

        Defendants.
_____/

No. CV-08-4970 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court hereby DISMISSES the remaining claims without further leave to amend.

Dated: April 28, 2009

                                            Richard W. Wieking, Clerk

                                            By: <u>Tracy Lucero</u>
                                                  Deputy Clerk