Bennet G. Kelley (Bar No. 177001)
**INTERNET LAW CENTER**
100 Wilshire Boulevard, Suite 950
Santa Monica, California 90401
Telephone: (310) 452-0401
Facsimile: (702) 924-8740
*bkelley@internetlawcenter.net*

Attorney for Defendant
SubscriberBASE, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| HYPERTOUCH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AZOOGLE. COM, INC., *et al.*,, <br><br> Defendants. | No. CV-08-04970 MMC <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SUBSCRIBERBASE, INC.** <br><br> [~~Proposed~~] **ORDER** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant SubscriberBASE, Inc. hereby requests the Court approve the immediate substitution of Bennet G. Kelley, Esq., Internet Law Center, as attorney of record in place of James V. Weixel, Jr., Esq., Weixel Law Office.

Dated: May 20, 2009.            SubscriberBASE, Inc.

By: /s/ James Epstein
   James Epstein, COO

///

///

///

- 1 -

SUBSCRIBERBASE NOTICE OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON
*Hypertouch, Inc. v. Azoogle.com, Inc., et al.* – No. CV-08-04970 MMC

1  I have given proper notice pursuant to Local Rule 11-5 and further consent to the above
2  substitution.
3  Dated: May 22, 2009.                    WEIXEL LAW OFFICE
4
5
6                              By: _____
                                   James V. Weixel, Jr.
7
                                   Present/Withdrawing Attorney for Defendant
8                                  SubscriberBASE, Inc.
9
10  I am duly admitted to the bar of this Court, and I accept this substitution.
    Dated: May 20, 2009.                    INTERNET LAW CENTER
11
12
13
                               By: _____
14                                 Bennet G. Kelley
15                                 Newly Appearing Attorney for Defendant
                                   SubscriberBASE, Inc.
16
17                                      **ORDER**
18      Pursuant to Local Rule 11-5, the substitution of counsel is approved. Bennet G. Kelley, Esq.,
19  Internet Law Center, is entered as counsel of record for defendant SubscriberBASE, Inc., and James V.
20  Weixel, Jr., Esq., Weixel Law Office, is withdrawn as counsel of record for said defendant.
21      This substitution shall take effect immediately. The Clerk is directed to enter the same upon the
22  record of this matter, and counsel for the parties are reminded to update their records accordingly. New
23  and withdrawing counsel for SubscriberBASE are reminded to take appropriate steps to effect this
24  substitution in plaintiff's appeal of this action, No. 09-15943 (9th Cir.).
25  Dated: May 28, 2009.
26
27
                               By: _____
28                                 Hon. MAXINE M. CHESNEY
                                   United States District Judge
                                         - 2 -

SUBSCRIBERBASE NOTICE OF SUBSTITUTION OF ATTORNEY AND ORDER THEREON
*Hypertouch, Inc. v. Azoogle.com, Inc., et al.* -- No. CV-08-04970 MMC